■ In the Matter of JOHN R. WEST, a Disbarred Attorney. [17 NYS3d 370]—Order entered denying application for reinstatement. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed Aug. 20, 2015.)

■ In the Matter of WILLIAM CARROLL COYNE, an Attorney, Resignor. [17 NYS3d 370]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed July 15, 2015.)

■ In the Matter of WILLIAM JEMMOTT, an Attorney, Resignor. [17 NYS3d 371]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed Aug. 3, 2015.)

■ In the Matter of VIVIAN M. GARCIA, an Attorney, Resignor. [17 NYS3d 371]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Aug. 28, 2015.)

■ In the Matter of BRIAN CHARLES BROWNE, an Attorney, Resignor. [17 NYS3d 371]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Aug. 28, 2015.)

■ In the Matter of KISEOK MOON, an Attorney, Resignor. [17 NYS3d 371]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed Sept. 11, 2015.)

■ In the Matter of SARAH LIEFKE COCKERILL, an Attorney, Resignor. [17 NYS3d 371]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Sept. 16, 2015.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTO GONZALEZ, Appellant. [17 NYS3d 370]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK EARL WALKER, Appellant. [17 NYS3d 334]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.